AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.

Noe Polanco-Flores

*Defendant(s)*

Case No. 4:26MJ3127

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 24, 2026 in the county of Douglas in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See attached Affidavit of DO Gayden.

☑ Continued on the attached sheet.

#8389 D.O.

*Complainant's signature*

Anthony Gayden, Deportation Officer, ERO

*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 9/4/2026

*Judge's signature*

City and state: Lincoln, Nebraska

Jacqueline M. DeLuca, U.S. Magistrate Judge

*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF INVESTIGATION | ) | |
| OF NOE POLANCO-FLORES | ) | AFFIDAVIT OF Anthony P. Gayden |
| | ) | |

Anthony P. Gayden, being first duly sworn, hereby states that:

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over sixteen (16) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016. In that capacity your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. § 1357). This Affidavit is based upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. This affidavit is being made in support of a criminal complaint and arrest warrant charging **Noe POLANCO-Flores** (hereafter referred to as Defendant), with violations of 8 U.S.C. § 1326(a), reentry of removed aliens. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge or investigation into this matter.

5. Defendant **Polanco-Flores** came to the attention of the ICE ERO Omaha Fugitive Operations team while performing at-large operations near the intersection of 24th street and Q Street in Omaha, NE on 8/24/2026.

6. At approximately 7:00am, ICE officers observed a blue 2006 Lexus ES330 sedan, with Nebraska license AXA 896, parked at 5115 S 23rd St, Omaha, NE. Vehicle registration checks showed that the registered owner is Defendant, **Polanco-Flores**, A201 940 490, Guatemala.

7. Defendant **Polanco-Flores,** has a final order of removal from an immigration judge in Dallas, TX from 6/04/2019, and one prior removal from the US to Guatemala on 6/20/2019 via Alexandria, LA. No record of lawful entries or immigration status was found.

8. Based on that information, officers contacted a Supervisory Detention and Deportation Officer who found probable cause that Defendant, **Polanco-Flores,** was present in the US illegally and issued an I-200 Warrant of Arrest.

9. At 7:45am, officers saw Defendant, **Polanco-Flores**, exit the residence and enter the vehicle. Officers followed Defendant, **Polanco-Flores,** to the Hwy 75 and Q Street on-ramp and performed a vehicle stop. All officers identified themselves as ICE officers and questioned the driver as to his identity.

10. Defendant, **Polanco-Flores**, freely admitted to officers that he is a citizen of Guatemala who is present in the US illegally. ICE officers placed him under arrest and transported him to the Omaha ICE office for processing. At the ICE office, biometric checks of his fingerprints confirmed his identity.

11. Defendant, **POLANCO-Flores's** fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared Defendant, **POLANCO-Flores's** current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that Defendant**, POLANCO-Flores** had been arrested by DHS previously.

12. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 201 940 490) relating to this Defendant, **POLANCO-Flores.**

13. The Defendant, **POLANCO-Flores's**, alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Guatemala who was removed from the United States to Guatemala, on 6/20/2019, pursuant to a removal order on 6/04/2019 in Dallas, TX.

14. A search of DHS databases failed to produce any current record of an application for lawful entry or lawful admission into the United States on behalf of the Defendant, **POLANCO-Flores.**

15. Affiant believes there is probable cause that Defendant, **POLANCO-Flores**, is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

16. Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

#8389 D.O.

Anthony P. Gayden, Deportation Officer
Immigration and Customs Enforcement
Affiant

Sworn to before me by reliable electronic means:

Dated: 9/4/2026

Jacqueline M. DeLuca
United States Magistrate Judge